**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| Nathan Rose | MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| PLAINTIFF(S), | |
| v. | Civil Action No.: _____ |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, | |
| DEFENDANTS. | |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 5, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

1

allegations against other Defendants not listed in the Master Long Form Complaint,

as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I.   <u>DEFENDANTS</u>

1.   Plaintiff(s) name(s) the following Defendants in this action:

    X      3M Company

    X      3M Occupational Safety LLC

    X      Aearo Holding LLC

    X      Aearo Intermediate LLC

    X      Aearo LLC

    X      Aearo Technologies LLC

## II.   <u>PLAINTIFF(S)</u>

2.   Name of Plaintiff:

> Nathan Rose

3.   Name of spouse of Plaintiff (if applicable to loss of consortium claim):

>  

4.   Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

>  

2.    State(s) of residence of Plaintiff(s):

> KY

## I.    JURISDICTION

3.    Basis for jurisdiction (diversity of citizenship or other):

> Diversity of citizenship

4.    Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

> District of Delaware
>   *Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

## II.    USE OF DUAL-ENDED COMBAT ARMS EARPLUG

5.    Plaintiff used the Dual-Ended Combat Arms Earplug:

    __X__    Yes

    _____    No

## III.    INJURIES

6.    Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

    __X__    Hearing loss

    _____    Sequelae to hearing loss

    __X__    Other [specify below]

> Tinnitus

3

I.   **CAUSES OF ACTION**

2.   Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

  __X__   Count I – Design Defect – Negligence

  __X__   Count II – Design Defect – Strict Liability

  __X__   Count III – Failure to Warn – Negligence

  __X__   Count IV – Failure to Warn – Strict Liability

  __X__   Count V – Breach of Express Warranty

  __X__   Count VI – Breach of Implied Warranty

  __X__   Count VII – Negligent Misrepresentation

  __X__   Count VIII – Fraudulent Misrepresentation

  __X__   Count IX – Fraudulent Concealment

  __X__   Count X – Fraud and Deceit

  __X__   Count XI – Gross Negligence

  __X__   Count XII – Negligence Per Se

  __X__   Count XIII – Consumer Fraud and/or Unfair Trade Practices

  _____   Count XIV – Loss of Consortium

  __X__   Count XV – Unjust Enrichment

  __X__   Count XVI – Punitive Damages

4

_____    Count XVII – Other [specify below]

2.   If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

3.   Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

5

2.  Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:



**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: 9/5/2023

> /s/ Frederick T. Kuykendall III
>
> Frederick T. Kuykendall III
> AL Bar No. ASB4462A59F
> The Kuykendall Group, LLC
> ftk@thekuykendallgroup.com
>
> 23710 US Hwy 98, Suite A-1
> Fairhope, AL 36532
> Phone: (205) 252-6127
> Facsimile: (205) 449-1132
>
> Attorney for Plaintiff